# MEMORANDUM ENDORSED



Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine.

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022
```

October 25, 2022

**DELIVERED VIA ECF**

Honorable Gregory H. Woods
WoodsNYSDChambers@nysd.uscourts.gov

        Case Title:    *The Estate of Chi Modu v. News Corp.*;
                           1:22-cv-5325-GHW
        Re:           Request to Adjourn Initial Pretrial Conference

Your Honor:

    This office represents Plaintiff, The Estate of Chi Modu, in the above-referenced action. Pursuant to Rule 1(E) of Your Honor's Individual Practices in Civil Cases, we write, together with Defendant The Sun, US, Inc., to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for November 2, 2022, at 2:00 p.m. (Dkts. #7, 17.) This is the second request for an adjournment, the first of which was granted to allow Plaintiff time to amend its operative complaint and serve Defendant.

    The reason for this request is that Plaintiff served its First Amended Complaint on September 21, 2022, and Defendant's answer is due November 21, 2022. (Dkt. #19.) The parties have informally exchanged certain information and are exploring whether settlement can be reached. The additional time will allow the parties to continue their negotiations without the need for court intervention.

    In light of this, the parties respectfully request an adjournment of approximately 45 days, or a date thereafter convenient to the Court.

    We thank Your Honor for your consideration of this request.

                                        Respectfully submitted,

                          By:   */s/ Laura M. Zaharia*
                                Scott Alan Burroughs
                                Laura M. Zaharia
                                DONIGER / BURROUGHS
                                For the Plaintiff

The parties' October 25, 2022 request to adjourn the initial pretrial conference, Dkt. No. 7, is granted.  The initial pretrial conference scheduled for November 2, 2022 is adjourned to January 6, 2023 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 25, 2022 order are due no later than December 30, 2022.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: October 25, 2022
New York, New York

                                                          _____
                                                          GREGORY H. WOODS
                                                        United States District Judge